BRODSKY MICKLOW BULL & WEISS LLP
Eugene A. Brodsky, State Bar No. 36691
Edward M. Bull III, State Bar No. 141996
384 Embarcadero West, Suite 200
Oakland, California 94607-3704
Telephone: (510) 268-6180
Facsimile: (510) 268-6181

Attorneys for Plaintiff,
George Lockett

STUART DELERY
Assistant Attorney General
MELINDA L. HAAG
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge
West Coast and Pacific Rim Office
Torts Branch, Civil Division
ERIC J. KAUFMAN-COHEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., P.O. Box 36028
450 Golden gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6635/6645
Telefax: (415) 436-6632

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE LOCKETT,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant | CASE NO. 3:12-cv-05448-MMC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING TRIAL DATE AND EXTENDING EXPERT DISCOVERY |

Plaintiff GEORGE LOCKETT ("Plaintiff") and Defendant THE UNITED STATES OF AMERICA ("Defendant") (collectively referred to as the "Parties") hereby submit the following Stipulation and Proposed Order Continuing Trial Date and Extending Expert Discovery:

**RECITALS AND STIPULATION**

WHEREAS percipient discovery is complete and the Parties are set to proceed to a three to five day bench trail on December 9, 2013 (with pretrial filings due on November 5, 2013); and

WHEREAS Plaintiff has retained only one expert to testify at trial, marine safety expert Captain Mitchell Stoller, and Plaintiff considers the need for such an expert to be critical to the fair presentation of his case at trial; and

WHEREAS Captain Stoller has suffered medical complications following surgery that have resulted in his doctors prohibiting him from working, including drafting reports, appearing for depositions; and testifying at trial; and

WHEREAS Captain Stoller is expected to make a full recovery and to be able to testify in this case, but he is not currently available for deposition, and he may well not be available at the time of the current December trial date; and

WHEREAS counsel for the United States have just returned to work after being off for the duration of the federal government shut down, and are severely back logged on other cases; and

WHEREAS the Parties are confident that the above problems will have been resolved by January of 2014, and are available for trial during most times in February and March of 2014:

WHEREFORE the Parties propose, stipulate and request that the Court continue the trial of this matter from December 9, 2013, to a date in late March or April of 2014, with expert discovery to be open until 60 days before trial, and the pretrial conference and filings to be set at the convenience of the Court.

/ / /

/ / /

/ / /

**SO STIPULATED.**

DATED: October 28, 2013

Brodsky Micklow Bull & Weiss Llp

By: /s/ Edward M. Bull III
Eugene A. Brodsky
Edward M. Bull III

Attorneys for Plaintiff
GEORGE LOCKETT

DATED: October 28, 2013

STUART DELERY
Assistant Attorney General
Melinda L. Haag
United States Attorney
R. Michael Underhill
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
Eric J. Kaufman-Cohen
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice

By: /s/ Eric J. Kaufman-Cohen
Eric J. Kaufman-Cohen

Attorneys for Defendant
THE UNITED STATES OF AMERICA

**CERTIFICATE OF SIGNATURE**

I attest that the content of this document is acceptable to attorney Eric J. Kaufman-Cohen and that he authorized me to sign the document on his behalf.

/s/ Edward M. Bull III

**~~[PROPOSED]~~ ORDER**

Having reviewed the Stipulation and Proposed Order Continuing Trial Date and Extending Expert Discovery, and finding that good cause exists to grant the relief requested, IT IS HEREBY ORDERED THAT:

1. The current expert discovery, pretrial and trial dates set by the Court are hereby VACATED; and

2. The following new dates are set:

| | | |
|---|---|---|
| A. | Trial Date: | April 14, 2014, at 9:00 a.m. |
| B. | Pretrial Conference: | April 1, 2014, at 3:00 p.m. |
| C. | Pretrial Filings: | Per Pretrial Prep. Order filed February 5, 2013 |
| D. | Expert Discovery Cut-off: | February 14, 2014 |

DATED: October 30, 2013

UNITED STATES DISTRICT JUDGE