BRODSKY MICKLOW BULL & WEISS LLP
Edward M. Bull III, State Bar No. 141996
384 Embarcadero West, Suite 200
Oakland, California 94607-3704
Telephone: (510) 268-6180; Facsimile: (510) 268-6181

Attorneys for Plaintiff George Lockett

STUART DELERY
Assistant Attorney General
MELINDA L. HAAG
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
ERIC KAUFMAN-COHEN, Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
450 Golden Gate Avenue, Room 7-5395
P.O. Box 36028
San Francisco, CA  94102
Telephone: (415) 436-6647
E-mail: eric.kaufman-cohen@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEORGE LOCKETT, | ) | Case No.: 3:12-CV-05448-MMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | [PROPOSED] |
| THE UNITED STATES OF AMERICA, | ) | ORDER OF DISMISSAL |
| | ) | |
| Defendant. | ) | [Fed. R. Civ. P. 41(a)(2)] |
| | ) | |

ORDER OF DISMISSAL                             1                      Case No.: 3:12-cv-05448-MMC

WHEREFORE, pursuant to the undersigned consents of the respective counsel for plaintiff, George Lockett, and defendant, United States of America,

IT IS ORDERED that this case shall be, and the same is, hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(2), each party to bear its own fees and costs.

IT IS SO ORDERED.

Dated: May 13, 2014



_____
UNITED STATES DISTRICT JUDGE

WE HEREBY CONSENT TO ENTRY OF THE FOREGOING ORDER:

Dated: May 13, 2014

STUART DELERY
Assistant Attorney General
MELINDA L. HAAG
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice

s/Eric Kaufman-Cohen
ERIC KAUFMAN-COHEN, Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for Defendant United States


BRODSKY MICKLOW BULL & WEISS LLP

/s/ Edward M. Bull III
EDWARD M. BULL III

Attorneys for Plaintiff George Lockett